

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00268-CV

| | | |
|---|---|---|
| Town Center Mall, L.P. | § | From the 236th District Court |
| | § | of Tarrant County (236-241807-09) |
| v. | | |
| | § | October 1, 2015 |
| Nevada C. Dyer, d/b/a Ankas Enterprises | | |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Town Center Mall, L.P. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier